1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  A.D. WEBB,                            ) 1:11-cv—00331-BAM-HC
                                         )
11                 Petitioner,           ) ORDER REQUIRING PETITIONER TO
                                         ) SUBMIT SIGNED DECLARATION NO
12                                       ) LATER THAN TWENTY (20) DAYS AFTER
          v.                             ) THE DATE OF SERVICE OF THIS ORDER
13                                       )
    RANDY GROUNDS, Warden,               )
14                                       )
                   Respondent.           )
15                                       )
                                         )
16  _____)

17       Petitioner is a state prisoner proceeding pro se and in

18  forma pauperis with a petition for writ of habeas corpus pursuant

19  to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1),

20  Petitioner has consented to the jurisdiction of the United States

21  Magistrate Judge to conduct all further proceedings in the case,

22  including the entry of final judgment, by manifesting consent in

23  a signed writing filed by Petitioner on March 18, 2011 (doc. 5).

24  Pending before the Court is the first amended petition (FAP),

25  which was filed on August 9, 2011.

26      Upon a close examination of the first amended petition

27  submitted to the Court, the Court has discovered that the

28  petition does not contain a signature.  Local Rule 131 requires a

1

1  document submitted to the Court for filing to include an original

2  signature.  In addition, Rule 2 of the Rules Governing Section

3  2254 Cases in the United States District Courts (Habeas Rules)

4  requires a petition for writ of habeas corpus to be signed.

5       The absence of a signature results in the petition not being

6  verified, or stated to be true by the maker under penalty of

7  perjury.  However, a verification is required by 28 U.S.C.

8  § 2242, which provides in pertinent part:

9           Application for a writ of habeas corpus shall
            be in writing signed and verified by the person
10          for whose relief it is intended or by someone
            acting in his behalf.
11
        Likewise, Rule 2 of the Rules Governing Section 2254 Cases
12
   in the United States District Courts (Habeas Rules) expressly
13
   requires that the petition "be signed under penalty of perjury by
14
   the petitioner or by a person authorized to sign it for the
15
   petitioner under 28 U.S.C. § 2242."  Habeas Rule 2(c)(5).
16
        Title 28 U.S.C. § 1746 requires that a declaration be
17
   subscribed as true under penalty of perjury, and be executed
18
   substantially in the statutory form, which in turn requires a
19
   declaration "under penalty of perjury that the foregoing is true
20
   and correct."  28 U.S.C. § 1746.
21
        If a petition is insufficient, the rules direct the Clerk to
22
   file the petition, and the Court may then require the petitioner
23
   to submit a corrected petition that conforms to Rule 2(c).
24
   Habeas Rule 3(b); Habeas Rule 2, Advisory Committee Comment, 2004
25
   Amendments.
26
        In light of the difficulty in having Petitioner submit a new
27
   habeas corpus petition, Petitioner is ORDERED to submit a
28

2

1  document in which he 1) states that he submitted the instant

2  first amended petition to the Court and 2) verifies the truth of

3  the matters alleged in the first amended petition pursuant to 28

4  U.S.C. § 1746.  Further, Petitioner is ORDERED to sign the

5  document under penalty of perjury.  The document should contain

6  an original signature.  Petitioner is GRANTED twenty (20) days

7  from the date of service of this order to comply with the Court's

8  directive.

9     Petitioner is forewarned that failure to comply with a Court

10  order will result in dismissal of the petition pursuant to Local

11  Rule 110.

12     IT IS SO ORDERED.

13  **Dated:   November 17, 2011**                    **/s/ Barbara A. McAuliffe**
   UNITED STATES MAGISTRATE JUDGE

3