UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. D. WEBB,<br><br>        Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden,<br><br>        Respondent. | 1:11-cv–00331-AWI-BAM-HC<br><br>ORDER CONSTRUING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT AS A REQUEST FOR AN EXTENSION OF TIME (DOC. 22)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A TRAVERSE (DOC. 22)<br><br><u>DEADLINE FOR FILING A TRAVERSE: THIRTY (30) DAYS</u><br><br>INFORMATIONAL ORDER TO PETITIONER CONCERNING FUTURE EXTENSIONS OF TIME |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Petitioner's motion for relief from judgment, which was filed on June 7, 2012.

    Although the motion is entitled as a motion for relief from judgment, no judgment has been entered. Further, review of the motion shows that in it, Petitioner seeks an extension of time

1

within which to file a traverse.

Accordingly, the Court CONSTRUES Petitioner's motion as a motion for an extension of time.

On June 22, 2012, Respondent filed a statement of non-opposition to the motion.

Good cause appearing, Petitioner's request for an extension of time is GRANTED.  Petitioner may FILE his traverse no later than thirty (30) days after the date of service of this order.

Petitioner is INFORMED that no further extensions of time for Petitioner to file his traverse will be granted absent a showing of good cause supported by specific facts shown by evidence or declared by Petitioner to be true under penalty of perjury.

IT IS SO ORDERED.

Dated:   **July 17, 2012**                          /s/ **Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE