UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A. D. WEBB, | ) | 1:11-cv–00331-AWI-BAM-HC |
| | ) | |
| Petitioner, | ) | ORDER CONSTRUING PETITIONER'S |
| | ) | MOTION FOR RELIEF FROM JUDGMENT |
| | ) | AS A REQUEST FOR AN EXTENSION OF |
| v. | ) | TIME (DOC. 22) |
| | ) | |
| RANDY GROUNDS, Warden, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR AN EXTENSION OF TIME |
| Respondent. | ) | TO FILE A TRAVERSE  (DOC. 22) |
| | ) | |
| | ) | <u>DEADLINE FOR FILING A TRAVERSE:</u> |
| | | <u>THIRTY (30) DAYS</u> |
| | | |
| | | INFORMATIONAL ORDER TO PETITIONER |
| | | CONCERNING FUTURE EXTENSIONS OF |
| | | TIME |

   Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Petitioner's motion for relief from judgment, which was filed on June 7, 2012.

   Although the motion is entitled as a motion for relief from judgment, no judgment has been entered.  Further, review of the motion shows that in it, Petitioner seeks an extension of time

1

1 within which to file a traverse.

2  Accordingly, the Court CONSTRUES Petitioner's motion as a
3 motion for an extension of time.

4  On June 22, 2012, Respondent filed a statement of non-
5 opposition to the motion.

6  Good cause appearing, Petitioner's request for an extension
7 of time is GRANTED.  Petitioner may FILE his traverse no later
8 than thirty (30) days after the date of service of this order.

9  Petitioner is INFORMED that no further extensions of time
10 for Petitioner to file his traverse will be granted absent a
11 showing of good cause supported by specific facts shown by
12 evidence or declared by Petitioner to be true under penalty of
13 perjury.

14  IT IS SO ORDERED.

15  **Dated:** **July 17, 2012**          /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE