# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D. WEBB,<br><br>          Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden,<br><br>          Respondent. | Case No. 1:11-cv-00331-AWI-BAM HC<br><br>ORDER DIRECTING PARTIES<br>TO FILE STATUS REPORTS |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court takes judicial notice that the website of the California Department of Corrections and Rehabilitation no longer lists Petitioner as a CDCR inmate.  Accordingly, the Court DIRECTS each party to submit a status report, not to exceed three pages, advising the Court (1) whether Petitioner is still incarcerated in the custody of the CDCR, and (2) if not, whether the claims set forth in the petition in this case remain cognizable or whether the petition should be dismissed as moot.  The parties shall file their status reports on or before October 9, 2015.

IT IS SO ORDERED.

    Dated:    **September 14, 2015**            /s/ *Barbara A. McAuliffe*            _
                                                                   UNITED STATES MAGISTRATE JUDGE